UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

*United States Courts*
*Southern District of Texas*
*FILED*
*JUL - 1 2008*
*Michael N. Milby, Clerk of Court*

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | CIVIL NO. 08-cv-196 |
| v. ) | CLERK'S RECEIPT |
| 0.98 ACRES OF LAND, More Or Less, Situated in HIDALGO COUNTY, STATE OF TEXAS; and PAMELA RIVAS, et al., ) | |
| Defendants. ) | |

I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on **July 1, 2008**, I received from the United States of America, plaintiff herein, and deposited in the registry of the Court, Check No. **01482326** dated **June 13, 2008** in the sum of **$5,500.00**, being the amount of estimated compensation mentioned in the Declaration of Taking filed in the above-entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

BY: _Andy Gould_
Deputy Clerk