UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States Courts
Southern District of Texas
FILED

SEP 29 2008

Michael N. Milby, Clerk

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. 08-cv-196 |
| v. | ) | CLERK'S RECEIPT |
| 0.98 ACRES OF LAND, More Or Less, Situated in HIDALGO COUNTY, STATE OF TEXAS; and PAMELA RIVAS, et al., | ) | TRACT NO. RGV-MCS-1004 |
| Defendants. | ) | |

I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on **September 29, 2008**, I received from the United States of America, plaintiff herein, and deposited in the registry of the Court, Check No. **01495779** dated **September 22, 2008** in the sum of **$800.00**, being the amount of estimated compensation mentioned in the Declaration of Taking filed in the above-entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk